```
 1  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 2  555 12th Street, Suite 1800
    P. O. Box 12925
 3  Oakland, CA  94604-2925
    Telephone: (510) 834-4350
 4  Facsimile: (510) 839-1897

 5  Attorneys for Defendant
    TARGET STORES, a division
 6  of Target Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-10, inclusive.<br><br>    Defendants. | Case No.: C-07-04006 BZ<br><br>[Marin County Superior Court Case No.: CV 064088]<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER INITIATING DOCUMENTS**<br><br>Complaint Filed: September 19, 2006 |

### CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

    I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

    I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **(1) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (2) STANDING ORDERS FOR JUDGE ZIMMERMAN; (3) STANDING ORDERS RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; (4) WELCOME TO THE**

U.S. DISTRICT COURT HANDOUT; (5) ECF REGISTRATION INFORMATION HANDOUT; (6) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (7) DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Sydney E. Fairbairn, Esq.  **Attorneys for Plaintiff**
Attorney at Law
269 Posada del Sol
Novato, CA 94949
(415) 883-2199  Phone
(415) 883-2199  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on August 10, 2007.

_____
ALEXINE BRAUN

24850\411684