# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

November 9, 2007

To:
**Gail C. Trabish**
Boornazian Jensen & Garthe
A Professional Corporation
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925

Re: Barbara Campbell v. Target Corporation - C07-4006 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **December 3, 2007 at 4:00 p.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 16, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

_____
        /s/ Lashanda Scott
By:    Lashanda Scott
        Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd