UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA CAMPBELL,

        Plaintiff(s),

   v.

TARGET CORPORATION, et al.

        Defendant(s).

No. C 07-4006 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 13, 2007

_____
Signature

Counsel for Def. TARGET STORES
(Plaintiff, Defendant or indicate "pro se")

*Campbell v. Target Corporation*
Case No: C-07-04006 BZ

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Sydney E. Fairbairn, Esq.<br>Attorney at Law<br>269 Posada del Sol<br>Novato, CA 94949<br>(415) 883-2199 Phone<br>(415) 883-2199 Fax<br>*s.e.fairbairn@att.net* | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 13, 2007.

_____
ALEXINE BRAUN

24850\412110