# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

November 14, 2007

To:  **Sydney E. Fairbairn**
Attorney at Law
269 Posada del Sol
Novato, CA 94949

Re: Barbara Campbell v. Target Corporation - C07-4006 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **December 3, 2007 at 4:00 p.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 19, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:   Lashanda Scott
        Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd