GAIL C. TRABISH, ESQ. (#103482)
gtrabish@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12ᵗʰ Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>        Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-10, inclusive.<br><br>        Defendants. | Case No: C-07-04006 BZ<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br><br>Complaint Filed: September 19, 2006 |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel

of record that the above referenced action be and hereby is dismissed with prejudice pursuant to

F.R.C.P. 41(a)(1), with each party to bear its own costs and attorneys' fees.

SO STIPULATED:

DATED: 11/16/07 _____, 2007          SYDNEY E. FAIRBAIRN, ESQ.
                                       ATTORNEY AT LAW


                                       By: _____
                                           SYDNEY E. FAIRBAIRN, ESQ.
                                           Attorney for Plaintiff
                                           BARBARA CAMPBELL

1 | DATED:  November 13, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

24850\419013

-2-

Case No:  C-07-04006 BZ

*Campbell v. Target Corporation*
Case No: C-07-04006 BZ

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION OF DISMISSAL AND ORDER (PROPOSED) THEREON**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Sydney E. Fairbairn, Esq.                    **Attorneys for Plaintiff**
Attorney at Law
269 Posada del Sol
Novato, CA 94949
(415) 883-2199 Phone
(415) 883-2199 Fax
*s.e.fairbairn@att.net*

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 20, 2007.

_____
ALEXINE BRAUN

24850\412110

-3-

Case No: C-07-04006 BZ