1  GAIL C. TRABISH, ESQ. (#103482)
   gtrabish@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA CAMPBELL, | ) | Case No:  C-07-04006 BZ |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| | ) | |
| vs. | ) | |
| | ) | |
| TARGET CORPORATION, and DOES 1-10, inclusive. | ) | Complaint Filed:  September 19, 2006 |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the above referenced action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorneys' fees.

SO STIPULATED:

DATED:  _____, 2007        SYDNEY E. FAIRBAIRN, ESQ.
                                     ATTORNEY AT LAW


                                     By: _____
                                         SYDNEY E. FAIRBAIRN, ESQ.
                                         Attorney for Plaintiff
                                         BARBARA CAMPBELL

-1-

Case No:  C-07-04006 BZ

1 | DATED:  November 13, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 21, 2007

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

24850\419013